[No. 29971-9-I.   Division One.   October 3, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
NARVAEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 87-1-01333-7, James H. Allendoerfer, J., entered January 9, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 33481-6-I.   Division One.   October 3, 1994.]

THE CITY OF LYNNWOOD, *Respondent*, v. N. GISELLE
NAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-00317-4, Richard J. Thorpe, J., entered September 22, 1993. *Reversed* by unpublished per curiam opinion.

[No. 31230-8-I.   Division One.   October 3, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANKLIN
EDDY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-00547-2, Faith Enyeart, J., entered July 15, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 30742-8-I.   Division One.   October 3, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN C.
HOLLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00950-8, Paul D. Hansen, J., entered May 18, 1992. *Affirmed* by unpublished per curiam opinion.